NOT DESIGNATED FOR PUBLICATION

No. 128,413

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

STATE OF KANSAS,
*Appellee*,

v.

JOSHUA GENE QUESTED,
*Appellant*.

MEMORANDUM OPINION

Appeal from Saline District Court; AMY NORTON, judge. Submitted without oral argument. Opinion filed February 20, 2026. Appeal dismissed.

*Jacob Nowak*, of Kansas Appellate Defender Office, for appellant.

*Ethan C. Zipf-Sigler*, assistant solicitor general, and *Kris W. Kobach*, attorney general, for appellee.

Before ARNOLD-BURGER, P.J., BRUNS and SCHROEDER, JJ.

PER CURIAM:  Joshua Gene Quested appeals the district court's award of jail time credit in a 2019 case in which he was sentenced to 34 months in prison. Although Quested has other criminal cases that are discussed in the briefs, they are not relevant to this appeal. The sole issue presented is whether Quested is entitled to additional jail time credit in his 2019 case. Here, the district court awarded him with more jail time credit than the length of his sentence. Consequently, we cannot grant him meaningful relief, and we dismiss this appeal on the grounds of mootness.

1

It is undisputed that Quested pled no contest to one count of possession of methamphetamine and one count of interference with law enforcement in the 2019 case. After he was convicted, the district court imposed a 34-month prison sentence that ran consecutive to a previous sentence from 2018. However, the district court suspended his 2019 sentence and placed him on probation.

Over the next few years, Quested violated the conditions of his probation on multiple occasions. As a result, the district court imposed intermediate jail sanctions and extended his probationary period. Still, Quested could not comply with the conditions of his probation. Ultimately, on October 3, 2023, the district court revoked Quested's probation—in this case as well as his 2018 case—and ordered him to serve his underlying prison sentences. Subsequently, the district court awarded Quested with 1,095 days of jail time credit against his 2019 sentence.

On appeal, Quested contends that "*State v. Hopkins*, [317 Kan. 652, 659, 537 P.3d 845 (2023)] and *State v. Ervin*, [320 Kan. 287, 311-312, 566 P.3d 481 (2025)] . . . entitle[] [him] to additional jail credit in case 19 CR 239." In response, the State argues—among other things—that the issue presented is moot because Quested has already received more jail time credit than the length of his 2019 sentence. We agree with the State's argument.

As discussed above, it is undisputed that Quested was sentenced to 34 months—or approximately 2.83 years—in prison in the 2019 case. Moreover, it is undisputed that the district court awarded him 1,095 days—or 3 years—of jail time credit in his 2019 case. Hence, Quested has already received more jail time credit than the length of his sentence. Because of this reality, we cannot grant him meaningful relief. Accordingly, we find the issue presented is moot and we dismiss the appeal.

Appeal dismissed.